UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| JOSEPH PARKER BENNETT, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> NVIDIA CORPORATION; ATI ) <br> TECHNOLOGIES, INC.; and ADVANCED ) <br> MICRO DEVICES, INC., ) <br> ) <br> Defendants. ) | Civil Action No. 3:07-cv-00915-MDL <br><br> **CONSENT ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

Plaintiff Joseph Parker Bennett ("Plaintiff") and Defendants Nvidia Corporation ("NVIDIA"), ATI Technologies ULC and Advanced Micro Devices, Inc. (collectively, "AMD") consent and agree as follows to extend the time to respond to the Complaint on file in this action:

1.   On April 4, 2007, Plaintiff filed the Complaint, which alleges claims under federal antitrust laws and pendant state law claims.  Plaintiff has styled the Complaint as a putative class action.

2.   As of the date of this proposed consent order, at least 46 other complaints have been filed in other judicial districts around the country.  All of these complaints also allege federal antitrust and/or pendant state law claims against NVIDIA and AMD and are styled as putative class actions.

3.   On December 8, 2006, plaintiffs in some of these other actions collectively filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML") to transfer and consolidate in the Northern District of California all existing and subsequently filed antitrust actions related to the claims alleged in the Complaint.

4.      On January 16, 2007, NVIDIA and AMD filed a response with the JPML proposing that the Panel consolidate these actions in the Northern District of California, San Jose Division, or, in the alternative, in the Northern District of California, San Francisco Division.  To date, every party responding to the JPML motion has supported transfer and consolidation, and no party has opposed it.

5.      On March 29, 2007, oral argument on the JPML motion was held in San Antonio, Texas. The parties agree that the JPML is likely to order transfer and consolidation of these actions when it rules on the motion.

6.      In light of the multiplicity of complaints on file and the pending motion before the JPML, the parties consent and agree to extend the time for NVIDIA and AMD to answer or otherwise respond to the Complaint until after further Order of this Court should the JPML deny transfer or until further Order of the transferee court.

Respectfully submitted,

Dated:  April 24, 2007         NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ Cory E. Manning
Cory E. Manning (No. 9697)
E-mail: cory.manning@nelsonmullins.com
1320 Main Street, 17th Floor
Columbia, SC  29201
(803) 799-2000

Attorneys for Defendant
NVIDIA CORPORATION

| | |
|---|---|
| Dated:  April 24, 2007 | SOWELL GRAY STEPP & LAFFITTE LLC |

By: /s/ Elizabeth Van Doren Gray
Elizabeth Van Doren Gray (No. 4824)
E-mail: egray@sowell.com
1310 Gadsden Street (29201)
Post Office Box 11449
Columbia, SC 29211
(803) 929-1400

Attorneys for Defendants
ATI TECHNOLOGIES ULC and ADVANCED MICRO DEVICES, INC.

Dated:  April 24, 2007         STROM LAW FIRM, LLC

By: /s/ Mario A. Pacella
J. Preston Strom, Jr. (No. 4354)
E-mail: petestrom@stromlaw.com
Mario A. Pacella  (No. 7538)
E-mail: mpacella@stromlaw.com
2110 Beltline Boulevard, Suite A
Columbia, SC 29204
(803) 252-4800

GERGEL, NICKLES & SOLOMON, P.A.
Carl L. Solomon
Post Office Box 1866
Columbia, SC  29202
(803) 779-8080

Attorneys for Plaintiff
JOSEPH PARKER BENNETT

**SO ORDERED:**

Dated:   April 25, 2007         **s/Cameron McGowan Currie**
United States District Judge