UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| JOSEPH PARKER BENNETT, | ) | Civil Action No. 3:07-cv-00915-MDL |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **DISCLOSURE STATEMENT** |
| | ) | **PURSUANT TO F.R.C.P. 7.1** |
| NVIDIA CORPORATION; ATI TECHNOLOGIES, INC.; and ADVANCED MICRO DEVICES, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendant NVIDIA Corporation hereby makes the following disclosure statement as required by Federal Rule of Civil Procedure 7.1:

**Who Must File: Nongovernmental Corporate Party.** A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**Response:** There is no such corporation.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ Cory E. Manning
  Cory E. Manning (No. 9697)
  E-Mail: cory.manning@nelsonmullins.com
  1320 Main Street / 17th Floor
  Columbia, SC  29201
  (803) 799-2000

  Attorneys for Defendant
  NVIDIA CORPORATION

Columbia, South Carolina
May 2, 2007