ORIGINAL
FILED

MAY 2 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 3 0 2007

FILED
CLERK'S OFFICE

### DOCKET NO. 1826

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION

*Jean McClellan-Chambers, etc. v. Nvidia Corp., et al.,* C.D. California,
C.A. No. 2:07-2058
*Joseph Parker Bennett v. Nvidia Corp., et al.,* D. South Carolina, C.A. No. 3:07-915

## CONDITIONAL TRANSFER ORDER (CTO-2)

On April 18, 2007, the Panel transferred one civil action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.2d_ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable William H. Alsup.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Alsup.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of April 18, 2007, and, with the consent of that court, assigned to the Honorable William H. Alsup.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 1 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
      RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By_____
                              Deputy Clerk
Date 11-13-07

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

May 16, 2007

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re:  MDL-1826 -- In re Graphics Processing Units Antitrust Litigation

(See Attached CTO-2)

Dear Mr. Wieking:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>April 30, 2007</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By
Mecca S. Thompson
Deputy Clerk

Attachment

cc:  Transferee Judge:    Judge Charles R. Breyer
     Transferor Judges:   Judge Mariana R. Pfaelzer; Judge Joseph F. Anderson, Jr.
     Transferor Clerks:   Sherri R. Carter; Larry W. Propes

JPML Form 36

# INVOLVED COUNSEL LIST (CTO-2)
# DOCKET NO. 1826
# IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION

Craig C. Corbitt
Zelle, Hofmann, Voelbel, Mason & Gette, LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104-4807

Daniel E. Gustafson
Gustafson Gluek, PLLC
650 Northstore East
608 Second Avenue, South
Minneapolis, MN 55402

Dianne M. Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Michael L. Roberts
Roberts Law Firm, PA
20 Rahling Circle
P.O. Box 241790
Little Rock, AR 72223-1790

Douglas J. Rovens
Zelle, Hofmann, Voelbel, Mason & Gette, LLP
550 South Hope Street, Suite 1600
Los Angeles, CA 90017

Carl Lewis Solomon
Gergel, Nickles & Solomon
P.O. Box 1866
Columbia, SC 29202-1866

J. Preston Strom, Jr
Strom Law Firm, LLP
2110 Beltline Blvd.
Suite A
Columbia, SC 29204