CLOSED, JURY

# U.S. District Court
## District of South Carolina (Columbia)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00915-MDL

Bennett v. Nvidia Corporation et al  
Assigned to: Unassigned - MDL  
Cause: 15:1 Antitrust Litigation

Date Filed: 04/04/2007  
Date Terminated: 11/26/2007  
Jury Demand: Plaintiff  
Nature of Suit: 410 Anti-Trust  
Jurisdiction: Federal Question

**Plaintiff**

**Joseph Parker Bennett**  represented by  **Carl Lewis Solomon**  
Gergel Nickles and Solomon  
PO Box 1866  
Columbia, SC 29202-1866  
803-779-8080  
Fax: 803-256-1816  
Email: csolomon@gnslaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joseph Preston Strom, Jr**  
Strom Law Firm  
2110 Beltline Boulevard  
Suite A  
Columbia, SC 29204  
803-252-4800  
Fax: 803-252-4801  
Email: petestrom@stromlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Mario A Pacella**  
Strom Law Firm  
2110 Beltline Boulevard  
Suite A  
Columbia, SC 29204  
803-252-4800  
Fax: 803-252-4801  
Email: mpacella@stromlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Nvidia Corporation     represented by **Cory E Manning**
Nelson Mullins Riley and Scarborough (Cola)
PO Box 11070
Columbia, SC 29211
803-255-5524
Email: cory.manning@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

ATI Technologies Inc     represented by **Elizabeth Van Doren Gray**
Sowell Gray Stepp and Laffitte
PO Box 11449
Columbia, SC 29211
803-231-7827
Fax: 803-231-7877
Email: egray@sowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Advanced Micro Devices Inc     represented by **Elizabeth Van Doren Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2007 | 1 | COMPLAINT against Nvidia Corporation, ATI Technologies Inc, Advanced Micro Devices Inc ( Filing fee $ 350 receipt number 961811.), filed by Joseph Parker Bennett.(cbru, ) (Entered: 04/05/2007) |
| 04/04/2007 | 2 | Local Rule 26.01 Answers to Interrogatories by Joseph Parker Bennett. (cbru, ) (Entered: 04/05/2007) |
| 04/04/2007 | 4 | Summons Issued (Restricted Access) as to Nvidia Corporation. (cbru, ) (Entered: 04/05/2007) |
| 04/04/2007 | 5 | Summons Issued (Restricted Access) as to ATI Technologies Inc. (cbru, ) (Entered: 04/05/2007) |
| 04/04/2007 | 6 | Summons Issued (Restricted Access) as to Advanced Micro Devices Inc. (cbru, ) (Entered: 04/05/2007) |
| 04/25/2007 | 8 | CONSENT ORDER EXTENDING TIME TO RESPOND TO COMPLAINT. Signed by Judge Cameron McGowan Currie on 4/25/2007. (cbru, ) (Entered: 04/25/2007) |

| 05/02/2007 | 11 | DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 by Nvidia Corporation.(Manning, Cory) (Entered: 05/02/2007) |
| --- | --- | --- |
| 05/02/2007 | 12 | Local Rule 26.01 Answers to Interrogatories by Nvidia Corporation. (Manning, Cory) (Entered: 05/02/2007) |
| 11/26/2007 | 15 | CONDITIONAL TRANSFER ORDER tranferring this action for inclusion in MDL 07-1826 (cbru, ) (Entered: 11/27/2007) |

| PACER Service Center | | |
| --- | --- | --- |
| Transaction Receipt | | |
| 12/11/2007 12:35:09 | | |
| **PACER Login:** us4077 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 3:07-cv-00915-MDL |
| **Billable Pages:** 1 | **Cost:** | 0.08 |