**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

December 6th, 2007

Re:  <u>MDL 07-1826 In re Graphics Process Units Antitrust Litigation</u>

<u>Title of Case</u>                                                                 <u>Case Number</u>
Joseph Parker Bennett -v- Nvidia Corp., et al.            C.A. No. 3:07-915

Dear Sir/Madam:

     This is to advise you that the above entitled case has been transferred from the District of South Carolina to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable William H. Alsup.  We have given the action the individual case number ***C07-6182 WHA***.

     All future documents submitted in this case are to be presented to the Court in compliance with the Pretrial Order No. 1 issued on 30 April 2007 in the MDL case, case no. M:07-cv-1826 WHA

     Please be advised that this action has been designated as an E-Filing case. Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California.   Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

Sincerely yours,

*Simone Voltz*

Simone Voltz
Deputy Clerk

cc: Counsel
    MDL